**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JOHN M., | No. CV 19-8150-PA (PLA) |
|                     Plaintiff, | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
|        v. | |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
|                Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, the Magistrate Judge's Report and Recommendation, and defendant's Objections to the Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.      The Report and Recommendation is accepted.

2.      The decision of the ALJ is reversed and the matter is remanded for further proceedings consistent with the Report and Recommendation.

/

/

/

3.      Judgment shall be entered consistent with this Order.

4.      The clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED:  __September 11, 2020__          _____

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE