JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHN M., | No. CV 19-8150-PA (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Commissioner's denial of benefits is reversed, and this action is remanded to defendant for further proceedings consistent with the Report and Recommendation.

DATED: September 11, 2020

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE