Olivia Sanders SBN 208266
Law Offices of Olivia Sanders
3415 S. Sepulveda Blvd.  Suite 660
Los Angeles,  CA  90034
(310) 641-9001; (310) 641-9007 (Facsimile)
Email: sanderslaw@sbcglobal.net
Attorney for Plaintiff, John Medina

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| John Medina,<br><br>          Plaintiff;<br><br>     vs.<br><br>Andrew M. Saul, Commissioner of Social Security,<br><br>          Defendant. | Case No.: 2:19-cv-08150-PA-PLA<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920.** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs Expenses, IT IS ORDERED that fees in the amount of $6,500.00 as authorized by 28 U.S.C. § 2412, and costs in the amount

/
/
/
/
/
/
/

ORDER FOR AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES (EAJA)
*Medina v. Commissioner of Social Security*

of $400.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO RECOMMENDED:

Dated:  November 9, 2020

_____

HONORABLE PAUL L. ABRAMS
United States Chief Magistrate Judge

IT IS SO ORDERED:

Dated:  November 9, 2020

_____

PERCY ANDERSON
United States District Judge

ORDER FOR AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES (EAJA)
*Medina v. Commissioner of Social Security*